UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-9402-MWF (PLAx)**                                   Date:  January 10, 2022

Title   **Jessica Jessa Hinton, et al. v. Vivid Ent. Grp., et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On January 6, 2022, Defendant TMBJ Investments, Inc., d/b/a Vivid Gentlemen's Club, d/b/a Vivid Live Houston ("TMBJ"), submitted its Answer through the Electronic Document Submission System ("EDSS").  (*See* Docket No. 12).  EDSS is only for use by pro se litigants – however, TMBJ is a corporate entity.

Individual litigants may represent themselves pro se, but corporations and associations must be represented by counsel.  *See Church of the New Testament v. United States*, 783 F.2d 771, 773 (9th Cir. 1986) (unincorporated association); *In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972) (corporations).  In addition, non-attorney litigants may not represent other individual litigants or trusts for which they serve as trustee.  *See Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997) (minor children); *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697–98 (9th Cir. 1987) (trust); *McShane v. United States*, 366 F.2d 286, 288 (9th Cir. 1996) (other litigants).  A partner may not represent his or her own interest in a partnership pro se, and a sole shareholder may not represent a corporation.  *See In re Am. West Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam) (partner); *United States v. High Country Broad Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam) (shareholder).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-9402-MWF (PLAx)**                              Date:  January 10, 2022

Title       **Jessica Jessa Hinton, et al. v. Vivid Ent. Grp., et al.**

     In other words, TMBJ needs to be represented by a lawyer.  For now, the Court will allow the Answer to stand to prevent an immediate default.  However, if a lawyer does not enter the action for TMBJ or if some exception to the general rule isn't shown – which the Court doubts exists – then the Answer will be stricken and Plaintiff will be directed obtain entry of default by the Clerk and then entry of default judgment by this Court.

     Accordingly, the Court **ORDERS** Defendant TMBJ to show cause, in writing, on or before **February 11, 2022**, why the Answer should not be stricken.  The appearance of a lawyer for TMBJ will be a sufficient response to discharge the Order to Show Cause.  In other words, the Court is giving TMBJ a month to find a lawyer.

     IT IS SO ORDERED.